IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

GERMAN EDENILSON CANO FUENTES,

*Petitioner*,

v.

JEFFREY CRAWFORD, *et al.*,

Respondents.

Case No. 1:23-cv-00979

## NOTICE OF VOLUNTARY DISMISSAL

1. Pursuant Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner German Cano Fuentes ("Mr. Cano Fuentes") hereby voluntarily dismisses the above-captioned case.

2. On July 26, 2023, Mr. Cano Fuentes filed his Petition for Writ of Habeas Corpus. Dkt. No. 1. At the time of this filing, Respondents have neither served an answer nor a motion for summary judgment.

3. Therefore, Mr. Cano Fuentes' voluntary dismissal without prejudice is appropriate.

Dated: August 2, 2023

So Ordered
Claude M. Hilton
USDJ
Aug. 3, 2023

Respectfully submitted,

_____/s/_____
Sophia Leticia Gregg
VSB No. 91582
American Civil Liberties Union of Virginia
P.O. Box 26464
Richmond, VA 23261
Tel: (804) 774-8242
sgregg@acluva.org

*Pro Bono Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that on this date, I filed this Notice of Voluntary Dismissal using the CM/ECF system. My co-counsel will furthermore mail a copy by USPS Certified Priority Mail with Return Receipts to each of the following individuals:

Jeffrey Crawford, Warden
Farmville Detention Center
P.O. Drawer N
508 Waterworks Road
Farmville, VA 23901

Russell Hott, Field Office Director
U.S. Immigration and Customs Enforcement, Washington Field Office
c/o DHS Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

Alejandro Mayorkas, Secretary
U.S. Department of Homeland Security
c/o DHS Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

Merrick Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jessica D. Aber, U.S. Attorney
c/o Civil Process Clerk
Eastern District of Virginia, Alexandria Division
2100 Jamieson Avenue
Alexandria, VA 22314

Dated: August 2, 2023           _____/s/_____
                                Sophia Leticia Gregg
                                VSB No. 91582
                                American Civil Liberties Union of Virginia
                                P.O. Box 26464
                                Richmond, VA 23261
                                Tel: (804) 774-8242
                                sgregg@acluva.org